**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH WESCH, DARIUS CLARK, JOHN H. COTTRELL, WILLIAM B. COTTRELL, RYAN HAMRE, GREG HERTIK, DAISY HODSON, DAVID LUMB, KYLA ROLLIER and JENNY SZETO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YODLEE, INC., a Delaware corp., and ENVESTNET, INC., a Delaware corp.<br><br>    Defendants. | Civil Case No.: 3:20-cv-05991-SK<br><br>**[PROPOSED] ORDER GRANTING ENVESTNET, INC.'S MOTION TO DISMISS** |

Having considered the Motion to Dismiss of Defendant Envestnet, Inc. ("Envestnet"), the papers filed in support of and in opposition thereto, all records on file with the Court in this case, and the oral arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Envestnet's Motion to Dismiss is GRANTED in its entirety.

IT IS FURTHER ORDERED that Envestnet is DISMISSED WITH PREJUDICE from this action.

**IT IS SO ORDERED.**

DATED:_____  _____
　　　　　　　　　　　　　　　　　　　　　　　　HON. SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE