Aaron M. Sheanin (SBN 214472)
ASheanin@RobinsKaplan.com
Christine S. Yun Sauer (SBN 314307)
CYunsauer@RobinsKaplan.com
**ROBINS KAPLAN LLP**
46 Kala Bagai Way, Suite 22
Berkeley, CA  94704
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

*Attorneys for Plaintiffs and the Putative Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, DARIUS CLARK, JOHN H. COTTRELL, WILLIAM B. COTTRELL, RYAN HAMRE, GREG HERTIK, DAISY HODSON, DAVID LUMB, KYLA ROLLIER and JENNY SZETO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>YODLEE, INC., a Delaware corp.,<br><br>  Defendant. | Case No.  3:20-cv-05991-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR DEFENDANT TO AMEND ITS ANSWER OR FOR PLAINTIFFS TO MOVE TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES** |

Pursuant to Civil L. R. 6-1(b), 6-2, and 7-12, Plaintiffs Deborah Wesch, Darius Clark, John H. Cottrell, William B. Cottrell, Ryan Hamre, Greg Hertik, Daisy Hodson, David Lumb, Kyla Rollier and Jenny Szeto ("Plaintiffs"), Defendant Yodlee, Inc. ("Defendant" and, together with Plaintiffs, the "Parties"), respectfully submit this joint stipulation to set a deadline for Defendant to amend its answer and for Plaintiffs to file a motion to strike certain of Defendant's affirmative defenses pursuant to Fed. R. Civ. P. 12(f):

WHEREAS, on September 1, 2021, Defendant filed its Answer and Affirmative Defenses to the Second Amended Complaint (ECF No. 99);

WHEREAS, on September 14, 2021, Plaintiffs served on Defendant a letter indicating their position that certain of Defendant's affirmative defenses are improper;

WHEREAS, on September 16, 2021, Defendant responded via letter stating its position that its affirmative defenses are not improper;

WHEREAS, pursuant to Fed. R. Civ. P. 12(f)(2), any motion to strike certain of Defendant's affirmative defenses would be due on September 22, 2021;

WHEREAS, the Parties have agreed to continue the deadline for Plaintiffs' motion to strike by 28 days to allow the Parties time to discuss whether amendment of Defendant's answer is warranted;

WHEREAS, should Defendant decide to amend its answer, Plaintiffs reserve all rights to move to strike affirmative defenses from the amended answer;

WHEREAS, the stipulated deadlines below will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, this stipulation is made without prejudice to any party requesting a further continuance for good cause shown;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

1. Defendant shall notify Plaintiffs whether it intends to amend its answer by **September 29, 2021**.

2. If Defendant decides to amend its answer, Defendant's amended answer will be due on **October 20, 2021**. Plaintiffs reserve and are not waiving any rights to move to strike any

affirmative defenses in the amended answer, which motion (if any) shall be due on **November 10, 2021**.

3.   If Defendant decides not to amend its answer, Plaintiffs' motion to strike pursuant to Fed. R. Civ. P. 12(f) shall be due on **October 20, 2021**.

4.   If Plaintiffs move to strike on October 20, 2021, Defendant's opposition to such motion shall be due on **November 3, 2021**. Plaintiffs' reply in further support of their motion to strike shall be due on **November 10, 2021**. Any hearing on Plaintiffs' motion to strike shall be set for **December 6, 2021**, or as soon thereafter as is convenient for the Court.

Dated: September 17, 2021        **ROBINS KAPLAN LLP**

By: */s/ Aaron M. Sheanin*

Aaron M. Sheanin (SBN 214472)
Christine S. Yun Sauer (SBN 314307)
46 Kala Bagai Way, Suite 22
Berkeley, CA 94704
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
asheanin@robinskaplan.com
cyunsauer@robinskaplan.com

Kellie Lerner (*pro hac vice* forthcoming)
David Rochelson (*pro hac vice*)
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
klerner@robinskaplan.com
drochelson@robinskaplan.com

Thomas J. Undlin (*pro hac vice* forthcoming)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (*pro hac vice*)
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, Pa 19428
Telephone: (215) 399-4770
Facsimile: (914) 997-0035
achristina@lowey.com

John G. Emerson (*pro hac vice*)
EMERSON FIRM, PLLC
2500 Wilcrest Drive
Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
Email: jemerson@emersonfirm.com

Robert Kitchenoff (*pro hac vice*)
WEINSTEIN KITCHENOFF & ASHER LLC
150 Monument Road, Suite 107
Bala Cynwyd, PA 19004
Telephone: (215) 545-7200
kitchenoff@wka-law.com

Adam Frankel (*pro hac vice* forthcoming)
GREENWICH LEGAL ASSOCIATES LLC
881 Lake Avenue
Greenwich, CT 06831
Telephone: (203) 622.6001
adam@grwlegal.com

*Attorneys for Plaintiffs and the Putative Class*

| | |
|---|---|
| Dated: September 17, 2021 | COVINGTON & BURLING LLP |
| | By: */s/ Simon J. Frankel* |
| | Simon J. Frankel (SBN 171552)<br>Jenna Zhang (SBN 336105)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>Email: sfrankel@cov.com<br>Email: jzhang@cov.com |
| | Eric C. Bosset (*pro hac vice*)<br>Andrew J. Vaden (SBN 308942)<br>Daniel Rios (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>One Citycenter, 850 10th Street NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>Email: ebosset@cov.com<br>Email: avaden@cov.com<br>Email: drios@cov.com |
| | *Attorneys for Yodlee, Inc.* |

-4-

JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR DEFENDANT TO AMEND ITS ANSWER OR FOR PLAINTIFFS TO MOVE TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES – Case No. 3:20-cv-05991-SK

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS**:

1. Defendant shall notify Plaintiffs whether it intends to amend its answer by **September 29, 2021**.

2. If Defendant decides to amend its answer, Defendant's amended answer shall be due on **October 20, 2021**. Plaintiffs reserve and are not waiving any rights to move to strike any affirmative defenses in the amended answer, which motion (if any) shall be due on **November 10, 2021**.

3. If Defendant decides not to amend its answer, Plaintiffs' motion to strike pursuant to Fed. R. Civ. P. 12(f) shall be due on **October 20, 2021**.

4. If Plaintiffs move to strike on October 20, 2021, Defendant's opposition to such motion shall be due on **November 3, 2021**. Plaintiffs' reply in further support of their motion to strike shall be due on **November 10, 2021**. Any hearing on Plaintiffs' motion to strike shall be set for **December 6, 2021**, or as soon thereafter as is convenient for the Court.

DATED: _____

THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

## ATTESTATION

I, Aaron M. Sheanin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 17, 2021   By: */s/ Aaron M. Sheanin*
                                 Aaron M. Sheanin