Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Aaron M. Sheanin (SBN 214472)
asheanin@robinskaplan.com
Christine S. Yun Sauer (SBN 314307)
cyunsauer@robinskaplan.com
**ROBINS KAPLAN LLP**
2006 Kala Bagai Way, Suite 22
Berkeley, CA 94704
Telephone:    (650) 784-4040
Facsimile:    (650) 784-4041

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, DARIUS CLARK, JOHN H. COTTRELL, WILLIAM B. COTTRELL, RYAN HAMRE, GREG HERTIK, DAISY HODSON, DAVID LUMB, KYLA ROLLIER AND JENNY SZETO, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>YODLEE, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 3:20-cv-05991-SK<br><br>**DECLARATION OF AMANDA G. FIORILLA IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Judge:       Hon. Sallie Kim<br>Hearing:    December 6, 2021<br>Time:        9:30 a.m.<br>Place:       Courtroom C – 15th Floor<br>                 450 Golden Gate Ave.,<br>                 San Francisco, CA 94102<br>Date Filed: October 20, 2021 |

I, Amanda G. Fiorilla, declare as follows:

I am an attorney licensed to practice in the State of New York and am admitted pro hac vice in the above-captioned action. I am an associate at Lowey Dannenberg, P.C. and counsel of record for Plaintiffs. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

1. Attached as **Exhibit A** is a true and correct copy of Plaintiffs' September 14, 2021 letter to Yodlee, Inc. regarding its Answer.

2. Attached as **Exhibit B** is a true and correct copy of Yodlee Inc.'s September 16, 2021 letter responding to Plaintiffs' September 14, 2021 letter.

3. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' September 22, 2021 letter responding to Yodlee, Inc.'s September 16, 2021 letter.

4. Attached as **Exhibit D** is a true and correct copy of the parties' email correspondence between September 14, 2021 and October 18, 2021.

5. Attached as **Exhibit E** is a true and correct copy of Yodlee Inc.'s September 29, 2021 letter to Plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in White Plains, New Jersey on October 20, 2021.

Dated: October 20, 2021

_____
Amanda G. Fiorilla