# **<u>EXHIBIT D</u>**

# Amanda Fiorilla

| | |
|---|---|
| **From:** | Amanda Fiorilla |
| **Sent:** | Monday, October 18, 2021 5:14 PM |
| **To:** | Zhang, Jenna; Christian Levis |
| **Cc:** | Bosset, Eric; Rios, Daniel; Frankel, Simon; Song, Laura; Sheanin, Aaron M.; Anthony Christina; Rochelson, David B.; Yun Sauer, Christine S.; Vaden, Andrew |
| **Subject:** | RE: Wesch, et al. v. Yodlee, Inc., 3:20-cv-05991-SK (N.D. Cal.) |

Jenna,

We write as a follow up to your September 29, 2021 letter. We continue to disagree with Yodlee's position regarding its inclusion of several improper defenses in its answer. Yodlee's proposal that the parties stipulate that Plaintiffs bear the burden of proof on Yodlee's improper, negative affirmative defenses does not address these issues and, as such, does not resolve our dispute. As Yodlee will not agree to amend its answer to cure the deficiencies raised in Plaintiffs' September 22, 2021 letter, we will file a motion to strike in accordance with the agreed to schedule.

Thank you,

Amanda


**Amanda Fiorilla**
Lowey Dannenberg, P.C.
914-733-7266 (Direct)

---

**From:** Zhang, Jenna <JZhang@cov.com>
**Sent:** Wednesday, September 29, 2021 8:38 PM
**To:** Christian Levis <CLevis@lowey.com>
**Cc:** Bosset, Eric <ebosset@cov.com>; Rios, Daniel <DRios@cov.com>; Frankel, Simon <sfrankel@cov.com>; Song, Laura <LSong@RobinsKaplan.com>; Sheanin, Aaron M. <ASheanin@RobinsKaplan.com>; Anthony Christina <achristina@lowey.com>; Rochelson, David B. <DRochelson@RobinsKaplan.com>; Yun Sauer, Christine S. <CYunSauer@RobinsKaplan.com>; Amanda Fiorilla <afiorilla@lowey.com>; Vaden, Andrew <AVaden@cov.com>
**Subject:** RE: Wesch, et al. v. Yodlee, Inc., 3:20-cv-05991-SK (N.D. Cal.)

Counsel:

Please see the attached response.

Best,
Jenna

# Jenna Zhang

Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7045 | jzhang@cov.com
www.cov.com

**COVINGTON**

1

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Amanda Fiorilla <afiorilla@lowey.com>
**Sent:** Wednesday, September 29, 2021 5:59 AM
**To:** Vaden, Andrew <AVaden@cov.com>
**Cc:** Bosset, Eric <ebosset@cov.com>; Rios, Daniel <DRios@cov.com>; Frankel, Simon <sfrankel@cov.com>; Song, Laura <LSong@RobinsKaplan.com>; Sheanin, Aaron M. <ASheanin@RobinsKaplan.com>; Christian Levis <CLevis@lowey.com>; Anthony Christina <achristina@lowey.com>; Zhang, Jenna <JZhang@cov.com>; Rochelson, David B. <DRochelson@RobinsKaplan.com>; Yun Sauer, Christine S. <CYunSauer@RobinsKaplan.com>
**Subject:** RE: Wesch, et al. v. Yodlee, Inc., 3:20-cv-05991-SK (N.D. Cal.)

**[EXTERNAL]**
Andrew,

We disagree with Yodlee's position regarding its "negative defenses." As we explained in our September 22, 2021 letter, there is no prejudice requirement under Rule 12(f), which provides that Yodlee's "negative defenses" should be stricken simply because they are not defenses at all, and therefore are improperly plead. If you are aware of any authority that states otherwise, we'd be happy to consider it. However, we are currently unaware of any case law to that effect.

Nevertheless, even if prejudice were a requirement (which it is not), the prejudice is self-evident as Plaintiffs would be required to participate in discovery regarding defenses that are improper on their face. *See Hartford Underwriters Insurance Co. v. Kraus USA, Inc.*, 313 F.R.D. 572, 575 (N.D. Cal. 2016) ("[A] motion to strike an insufficient affirmative defense does not require a prejudice showing . . . [e]ven if prejudice were required, 'the burden of conducting discovery regarding irrelevant and unsustainable affirmative defenses constitutes such prejudice.'").

We think it would be more efficient for Yodlee to remove these "negative defenses" now, and cure the issue by amendment, rather than require Plaintiffs to file a motion to strike. But as stated in our letter, we are willing to do so if the parties are unable to reach agreement on that point.

Thank you,

Amanda


**Amanda Fiorilla**
Lowey Dannenberg, P.C.
914-733-7266 (Direct)

**From:** Vaden, Andrew <AVaden@cov.com>
**Sent:** Tuesday, September 28, 2021 5:44 PM
**To:** Amanda Fiorilla <afiorilla@lowey.com>; Zhang, Jenna <JZhang@cov.com>
**Cc:** Bosset, Eric <ebosset@cov.com>; Rios, Daniel <DRios@cov.com>; Frankel, Simon <sfrankel@cov.com>; Song, Laura <LSong@RobinsKaplan.com>; Sheanin, Aaron M. <ASheanin@RobinsKaplan.com>; Christian Levis <CLevis@lowey.com>; Anthony Christina <achristina@lowey.com>; Rochelson, David B. <DRochelson@RobinsKaplan.com>; Yun Sauer, Christine S. <CYunSauer@RobinsKaplan.com>
**Subject:** RE: Wesch, et al. v. Yodlee, Inc., 3:20-cv-05991-SK (N.D. Cal.)

Counsel:

As we discussed in today's meet-and-confer, please let us know tomorrow (by 3 pm EST so we have time to consider your answer before we respond to you at the end of that day) whether Plaintiffs contend that the asserted inclusion of "negative defenses" in Yodlee's Answer prejudices Plaintiffs, and, if so, in what manner.  Our view, as previously expressed, is that it would needlessly burden the court to bring up this matter if Plaintiffs are not contending prejudice.

Best regards,
Andrew

---

**From:** Amanda Fiorilla <afiorilla@lowey.com>
**Sent:** Wednesday, September 22, 2021 2:13 PM
**To:** Zhang, Jenna <JZhang@cov.com>
**Cc:** Bosset, Eric <ebosset@cov.com>; Rios, Daniel <DRios@cov.com>; Frankel, Simon <sfrankel@cov.com>; Vaden, Andrew <AVaden@cov.com>; Song, Laura <LSong@RobinsKaplan.com>; Sheanin, Aaron M. <ASheanin@RobinsKaplan.com>; Christian Levis <CLevis@lowey.com>; Anthony Christina <achristina@lowey.com>; Rochelson, David B. <DRochelson@RobinsKaplan.com>; Yun Sauer, Christine S. <CYunSauer@RobinsKaplan.com>
**Subject:** RE: Wesch, et al. v. Yodlee, Inc., 3:20-cv-05991-SK (N.D. Cal.)

[EXTERNAL]
Hi Jenna,

Please see the attached correspondence.

Best,

Amanda

**Amanda Fiorilla**
Lowey Dannenberg, P.C.
914-733-7266 (Direct)

---

**From:** Zhang, Jenna <JZhang@cov.com>
**Sent:** Thursday, September 16, 2021 6:20 PM
**To:** Sheanin, Aaron M. <ASheanin@RobinsKaplan.com>; Christian Levis <CLevis@lowey.com>; Rochelson, David B. <DRochelson@RobinsKaplan.com>
**Cc:** Amanda Fiorilla <afiorilla@lowey.com>; Anthony Christina <achristina@lowey.com>; Yun Sauer, Christine S. <CYunSauer@RobinsKaplan.com>; Bosset, Eric <ebosset@cov.com>; Rios, Daniel <DRios@cov.com>; Frankel, Simon <sfrankel@cov.com>; Vaden, Andrew <AVaden@cov.com>; tundlin@RobinsKaplan.com; jemerson@emersonfirm.com; kitchenoff@wka-law.com; adam@grwlegal.com
**Subject:** RE: Wesch, et al. v. Yodlee, Inc., 3:20-cv-05991-SK (N.D. Cal.)

Counsel,

Please see the attached response.

Best,
Jenna

**Jenna Zhang**

Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7045 | jzhang@cov.com

www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

---

**From:** Rochelson, David B. <DRochelson@RobinsKaplan.com>
**Sent:** Tuesday, September 14, 2021 4:05 PM
**To:** Bosset, Eric <ebosset@cov.com>; Zhang, Jenna <JZhang@cov.com>; Rios, Daniel <DRios@cov.com>; Frankel, Simon <sfrankel@cov.com>; Vaden, Andrew <AVaden@cov.com>
**Cc:** Sheanin, Aaron M. <ASheanin@RobinsKaplan.com>; Christian Levis (CLevis@lowey.com) <CLevis@lowey.com>; Amanda Fiorilla (afiorilla@lowey.com) <afiorilla@lowey.com>; Anthony Christina <achristina@lowey.com>; Yun Sauer, Christine S. <CYunSauer@RobinsKaplan.com>
**Subject:** Wesch, et al. v. Yodlee, Inc., 3:20-cv-05991-SK (N.D. Cal.)

**[EXTERNAL]**
Counsel,

Please see attached correspondence.

Best,
Dave Rochelson


David B. Rochelson
Associate | Bio

ROBINS KAPLAN | CELEBRATING TEN YEARS OF SUCCESS IN NYC

Robins Kaplan LLP | 399 Park Avenue | Suite 3600 | New York, NY 10022
212 980 7441 | DRochelson@RobinsKaplan.com | RobinsKaplan.com
Pronouns: He/Him

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com
_____