1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

| | |
|---|---|
| DEBORAH WESCH, DARIUS CLARK, JOHN H. COTTRELL, WILLIAM B. COTTRELL, RYAN HAMRE, GREG HERTIK, DAISY HODSON, DAVID LUMB, KYLA ROLLIER AND JENNY SZETO, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-05991-SK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANT YODLEE, INC.'S AFFIRMATIVE DEFENSES** |
| v. | |
| YODLEE, INC., a Delaware corporation, | |
| Defendants. | |

17

18

19

The Court having considered Plaintiffs' Motion to Strike Defendant Yodlee, Inc.'s Affirmative Defenses and having considered all papers filed in support thereof and the respective arguments of counsel, and good cause appearing, hereby GRANTS Plaintiffs' Motion.

20

21

22

23

IT IS ORDERED that Defendant Yodlee, Inc.'s Affirmative Defenses Nos. 1-3, 5-9, 14-16, 18-19, and 23-28 are stricken from its Answer. IT IS FURTHER ORDERED that Defendant Yodlee, Inc. shall file an amended answer that removes these affirmative defenses.

**IT IS SO ORDERED.**

24

Dated: _____

25

                                           _____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

26

27

28