# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, DARIUS CLARK, JOHN H. COTTRELL, WILLIAM B. COTTRELL, GREG HERTIK, DAVID LUMB, KYLA ROLLIER AND JENNY SZETO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>YODLEE, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.: 3:20-cv-05991-SK<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE PURSUANT TO LOCAL RULES 7-11 AND 7-3 AND LEAVE TO FILE SUR-REPLY** |

The Court, having considered Plaintiffs' Administrative Motion for Leave to File Objection to Reply Evidence Pursuant to Local Rules 7-11 and 7-3 and Leave to File Sur-Reply, and all other papers submitted in response thereto, hereby GRANTS Plaintiffs' leave to file an Objection to Reply Evidence and Sur-Reply.

**IT IS SO ORDERED.**

Dated: October 26, 2022

_____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE