1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>YODLEE, INC., a Delaware corporation, and ENVESTNET, Inc. a Delaware corporation,<br><br>           Defendants. | Civil Case No.  3:20-cv-05991-SK<br><br>ORDER GRANTING DEF'S MOTION TO MAINTAIN LOCK ON DKT. NO. 191 |

1
2    The Court, having considered Defendant Yodlee Inc.'s Unopposed Administrative Motion
3 to Maintain Lock on ECF 191, supporting declaration, other appropriate papers, and any argument
4 of counsel, rules as follows: The Court finds that Yodlee has shown good cause to support
5 maintaining the lock on ECF 191 to prevent access to the document filed therein. Specifically, the
6 Court finds that the document originally filed as ECF 191 was filed inadvertently, and that there
7 are compelling reasons to lock the requested document, and further finds that the public's right of
8 access is outweighed by the risk of competitive harm to Yodlee and Plaintiffs in the event of the
9 disclosure of the information therein. The Court also notes that ECF 192 is the proper version of
10 the document inadvertently filed as ECF 191. Accordingly, the document currently docketed as
11 ECF 191 shall remain locked.
12 **IT IS SO ORDERED.**
13
14 Dated: October 27, 2022

*/s/ Sallie Kim*

Honorable Sallie Kim
United States Magistrate Judge