UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>YODLEE, INC., et al.,<br><br>   Defendants. | Case No. 20-cv-05991-SK<br><br>**ORDER REGARDING MOTIONS TO SEAL**<br><br>Regarding Docket No. 203, 216 |

Upon review of Yodlee, Inc.'s supplemental declaration, the Court RULES as follows on the portion of the motions to seal on which the Court had reserved. The Court GRANTS Yodlee's request in Docket Number 203 to seal Exhibits 3, 6, and 7, but only the portions redacted and highlighted in Docket Nos. 249 and 250. In light of Yodlee's withdrawal of its request to seal footnotes 6 and 13 in its reply brief and Exhibit 8, the Court DENIES the portion of the motion to seal on which the Court had reserved ruling. (Dkt. No. 216). By no later than November 2, 2022, Yodlee shall file redacted copies of Exhibits 3, 6, and 7, its reply brief, and Exhibit 8, redacting only the portions on which the Court has granted its motions to seal.

**IT IS SO ORDERED**.

Dated: October 27, 2022

          _/s/ Sallie Kim_
          SALLIE KIM
          United States Magistrate Judge