UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>YODLEE, INC., et al.,<br><br>Defendants. | Case No. 20-cv-05991-SK<br><br>**ORDER RE MOTION TO SEAL DKT NO 107**<br><br>Regarding Docket No. 107 |

The Court, having considered Yodlee's Administrative Motion to File Under Seal, supporting declarations, other appropriate papers, and any argument of counsel, rules as follows:

The Court finds that Yodlee has shown compelling reasons to support the filing under seal of portions of Yodlee's motion for summary judgment, portions of declarations filed in support of Yodlee's motion for summary judgment, and Exhibit A to the Declaration of Andy Anderlini In Support of Yodlee's Motion for Summary Judgment.

Accordingly, the following the portions of Yodlee's motion for summary judgment, certain accompanying declarations, and Exhibit A to the Declaration of Andy Anderlini In Support of Yodlee's Motion for Summary Judgment shall be filed and maintained under seal pursuant to Local Rule 79-5:

Summary Judgment Brief

(i) Page 4, lines 13-14 (the parenthetical): The motion to seal is DENIED.

(ii) Page 4, lines 14-16 (beginning with "(namely" and ending with "days."): The motion to seal is DENIED.

(iii) Page 4, line 23 - Page 5, line 1 (the portion in between the quotation marks): The motion to seal is GRANTED.

(iv) Page 5, lines 3-4. The motion is GRANTED as to the portions in between the

quotation marks, but is DENIED as to the words "and Yodlee" in the middle of the quoted portions.

Declaration of Eric Jamison

(i) Page 1, lines 24-25 (from word following "includes" to word before "which"): The motion to seal is DENIED.

(ii) Page 2, lines 1-2 (entire first sentence):  The motion to seal is DENIED.

(iii) Page 2, lines 2-3 (from word after "includes" to end of sentence): The motion to seal is DENIED.

Declaration of Andy Anderlini

(i) Page 1, lines 11-14 (the portion quoiting the Amended and Restated Instant Account Verification Service Agreement between Yodlee and PayPal):  The motion to seal is GRANTED.

(ii) Page 1, lines 15-24 (the portion quoiting the Amended and Restated Instant Account Verification Service Agreement between Yodlee and PayPal):  The motion to seal is GRANTED.

Anderlini Decl. In Supp. of Yodlee's Mot. for Summ. J., Ex. A

(i) Entire contract between PayPal and Yodlee:  The motion to seal is GRANTED.

**IT IS SO ORDERED**.

Dated: October 27, 2022

_____
SALLIE KIM
United States Magistrate Judge