GERALD A. STEIN
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 318-3000
gerald.stein@nortonrosefulbright.com

*Attorneys for Non-Party PayPal Holdings, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, DARIUS CLARK, JOHN H. COTTRELL, WILLIAM B. COTTRELL, RYAN HAMRE, GREG HERTIK, DAISY HODSON, DAVID LUMB, KYLA ROLLIER and JENNY SZETO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YODLEE, INC., a Delaware corp.,<br><br>    Defendant. | Civil Action No. 3:20-cv-05991-SK<br><br>**NOTICE OF WITHDRAWAL OF JOSH HENDERSON AS COUNSEL FOR NON-PARTY PAYPAL HOLDINGS, INC.** |

DOCUMENT PREPARED ON RECYCLED PAPER

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Please be advised that Josh Henderson of Norton Rose Fulbright US LLP, counsel for non-party PayPal Holdings, Inc., hereby withdraws as counsel in this case.

Dated: January 23, 2023      **NORTON ROSE FULBRIGHT US LLP**

By  /s/ *Joshua M. Henderson*
JOSH HENDERSON (SBN 197435)
**NORTON ROSE FULBRIGHT US LLP**
555 California Street, Suite 3300 San Francisco, California 94104
Telephone: (628) 231-6800
josh.m.henderson@nortonrosefulbright.com

GERALD A. STEIN
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 318-3000
gerald.stein@nortonrosefulbright.com

*Attorneys for Non-Party PayPal Holdings, Inc.*