| | |
|---|---|
| Benjamin D. Steinberg (admitted *pro hac vice*) | Anthony M. Christina (admitted *pro hac vice*) |
| Kellie Lerner (admitted *pro hac vice*) | **LOWEY DANNENBERG, P.C.** |
| **ROBINS KAPLAN LLP** | One Tower Bridge |
| 1325 Avenue of the Americas, Suite 2601 | 100 Front Street, Suite 520 |
| New York, New York, 10019 | West Conshohocken, PA 19428 |
| Telephone: (212) 980-7400 | Telephone: (215) 399-4770 |
| Facsimile: (212) 980-7499 | Facsimile: (914) 997-0035 |
| bsteinberg@robinskaplan.com | achristina@lowey.com |
| klerner@robinskaplan.com | |

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH WESCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YODLEE, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 3:20-cv-05991-SK<br><br>**NOTICE OF APPPEARANCE OF COUNSEL** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that the undersigned counsel, Li Zhu, hereby appears in Case No. 3:20-cv-05991-SK as Local Counsel of record for Plaintiffs and the Proposed Class.  Copies of all pleadings and papers filed in this action should be served on counsel as follows:

> LI ZHU (302210)
> **ROBINS KAPLAN LLP**
> 555 Twin Dolphin Drive, Suite 310
> Redwood City, CA 94065-2133
> Telephone: (650) 784-4013
> lzhu@robinskaplan.com

Dated:  January 25, 2023          **ROBINS KAPLAN LLP**

                                            By:*/s/ Li Zhu*
                                                    Li Zhu

*Attorney for Plaintiffs and the Proposed Classes*