UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>YODLEE, INC., et al.,<br><br>  Defendants. | Case No. 20-cv-05991-SK<br><br>**ORDER DENYING DEFENDANT YODLEE, INC.'S ADMINISTRATIVE MOTION TO FILE ONE-PAGE REPLY**<br><br>Regarding Docket No. 273 |

The Court, having considered Defendant Yodlee, Inc.'s Administrative Motion for Leave to File One-Page Response to Plaintiffs' Opposition to Yodlee's Motion for Reconsideration (dkt. no. 271), supporting declaration, and other appropriate papers, HEREBY DENIES Defendant's motion. Pursuant to the Court's Order on January 3, 2023, Defendant's motion for reconsideration will have no reply and no hearing.

**IT IS SO ORDERED**.

Dated: January 26, 2023

_____
SALLIE KIM
United States Magistrate Judge