United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIUS CLARK, et al.,

Plaintiffs,

v.

YODLEE, INC.,

Defendant.

Case No.  20-cv-05991-SK

**ORDER ON MOTION FOR CLARIFICATION**

Regarding Docket Nos. 375, 380

The Court has reviewed the parties' stipulated administrative motion seeking to clarify the Court's Order dated October 26, 2023.  Yodlee, Inc.'s requirement to respond to Plaintiffs' Request for Production of Documents No. 2 from Set Three is limited to the reduced 26 data fields.

**IT IS SO ORDERED**.

Dated: November 7, 2023

SALLIE KIM
United States Magistrate Judge