1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    DARIUS CLARK, et al.,                    Case No. 20-cv-05991-SK

8             Plaintiffs,

9        v.                                   **ORDER ON PLAINTIFFS' REQUESTS
                                              FOR PRODUCTION OF DOCUMENTS**
10   YODLEE, INC.,

11            Defendant.                      Regarding Docket Nos. 384, 385

12        Now before the Court is the parties' dispute over Yodlee's responses to some of Plaintiffs'

13   requests for production of documents.  (Dkt. No. 384.)  The parties also dispute whether Yodlee

14   may file a declaration in support of its position.  (Dkt. No. 385.)

15        The Court GRANTS IN PART and DENIES IN PART Plaintiff's motion to compel further

16   production of documents and GRANTS Yodlee's request to file a declaration in support of its

17   position.

18        Plaintiffs seek documents responsive to several requests for production of documents (5,

19   91, 11, 13, 44, 46, 48, 49, 55, and 59 from Set Two and 3 from Set Three) that pertain to Yodlee's

20   sale of IAV data.  Yodlee argues that it cannot produce something that does not exist.  The

21   requests at issue are premised on the fact that Yodlee sells the IAV data at issue, and, thus,

22   because Yodlee claims that it did not do so, it cannot produce these documents.  In essence,

23   Yodlee's argument is akin to the objection that the question assumes a fact not in evidence, since

24   producing responsive documents is only possible if Yodlee sells the IAV data at issue.  Thus, the

25   Court DENIES Plaintiffs' request.

26        Plaintiffs also seek documents regarding the prices at which it sells "Bank Transaction

27   Data."  Although Plaintiffs do not identify a specific document request, it appears that these

28   documents are responsive to Document Request No. 55, which seeks "[d]ocuments sufficient to

United States District Court
Northern District of California

1    identify all products You sell to Your customers including a product description, selling price per

2    unit, cost per unit, any discounts, and the basis for such discounts." Yodlee argues that this

3    category of documents is not relevant, but Plaintiffs argue that they need this information to

4    construct a theory of damages. Thus, the Court GRANTS Plaintiff's motion to compel Yodlee to

5    produce documents showing the prices at which it sells "Bank Transaction Data."

6    **IT IS SO ORDERED**.

7    Dated: November 28, 2023

8    
      _____

9    SALLIE KIM
      United States Magistrate Judge

United States District Court
Northern District of California

2