# EXHIBIT 27

| | |
|---|---|
| From: | Brian Buan <bbuan@yodlee.com> |
| To: | Vinay Raj; Brian Buan |
| Sent: | 10/4/2018 2:50:04 PM |
| Subject: | PayPal/Yodlee FastLink UI Discussion |

**Brian Buan 3:33 PM:**
hey, so our PP call got cancelled?
what's the scoop?

**Vinay Raj 3:33 PM:**
Hey Brian
Ronak asked me to move it out as most of the his participants werent available today..

**Brian Buan 3:34 PM:**
cool...that's good as Abhishek and I have not had a chance to connect yet
he knows that I'd like to speak before the call though...so I'll confirm to both you and Jose soon as that's done!

**Vinay Raj 3:34 PM:**
okie great
thank you
Did you see Ronak's email please?

**Brian Buan 3:35 PM:**
I have not seen that yet

**Vinay Raj 3:35 PM:**
I just had a chat with him... he is expecting this rollout to go smooth so we will use

**Brian Buan 3:36 PM:**
okay, that sounds reasonable to me

**Vinay Raj 3:36 PM:**

He brought up the Xoom issue and asked me about credentials purging etc.. :)
I basically have danced around it and told him that
and we will have it taken care of...

**Brian Buan 3:38 PM:**
ugh...nicely done!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    YODLEE_WESCH_0063127

YODLEE_WESCH_0063127