# EXHIBIT 50

| | |
|---|---|
| From: | BCostello@yodlee.com </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=375987A7C6E64C5286428B65957F4F0E-BRIAN COSTE> |
| To: | Jose Colon |
| Sent: | 6/23/2016 2:43:25 PM |
| Subject: | RE: Partner Panel Follow Up - Vanguard IAV Opportunity |

While we've committed to this in a few cases, I believe it's a PS hack. I recommend we position it my way as it resonates better with the clients' security folks.

From: Jose Colon
Sent: Thursday, June 23, 2016 2:23 PM
To: Brian Costello <BCostello@yodlee.com>
Subject: RE: Partner Panel Follow Up - Vanguard IAV Opportunity

What should we be claiming with respect to data retention in IAV? It appears that we may be incorrectly stating what we do with IAV data. We tell clients that the IAV product can be configured to purge the credentials and account data immediately after the IAV is complete.

From: Brian Costello
Sent: Thursday, June 23, 2016 5:06 PM
To: Jose Colon <JColon@yodlee.com>; Brad Beals <BBeals@yodlee.com>
Cc: Robert Finney <RFinney@yodlee.com>
Subject: RE: Partner Panel Follow Up - Vanguard IAV Opportunity

Comments in-line...

From: Jose Colon
Sent: Thursday, June 23, 2016 1:29 PM
To: Robert Finney <RFinney@yodlee.com>; Brian Costello <BCostello@yodlee.com>; Brad Beals <BBeals@yodlee.com>
Subject: RE: Partner Panel Follow Up - Vanguard IAV Opportunity

Hi Brian/Brad,

We are answering some follow-up questions regarding IAV. I have answer for most of this stuff, but I've embedded a question below for each of you.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                           YODLEE_WESCH_0739903

YODLEE_WESCH_0739903



**From:** Robert Finney
**Sent:** Thursday, June 23, 2016 3:17 PM
**To:** Jose Colon <JColon@yodlee.com>
**Subject:** Fwd: Partner Panel Follow Up

Hi Jose can you answer the list of questions from lisa below. Thanks in advance for your help!


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: lisa_m_keeley@vanguard.com
Date: 6/23/16 2:48 PM (GMT-05:00)
To: Robert Finney <RFinney@yodlee.com>
Subject: Partner Panel Follow Up

Hi Bob,

I wanted to provide a summary from the partner panel meeting last week as well as a high level time line for next steps in the process.

The session went very well and there are just a few questions I need to follow up on before moving on to the Risk Council. The council only meets once a month so July would be the next time we could get into their session. I have requested to be

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         YODLEE_WESCH_0739904

YODLEE_WESCH_0739903

included in July's session. Once approval is obtained and IT provides a ROM of technology need, it moves on to "pitch day" for funding, This process starts at the end of June and ends in August for 2017 funding.



Thank you for your patience and let me know if you need any clarification on the questions listed.

Lisa Firmani Keeley
VBA Adoption - Cross Platform
Line Manager
Phone: (610) 503-7191 (ext. 37191)
Cell (610) 246-2057

From: Robert Finney <RFinney@yodlee.com>
To: "Lisa Keeley (lisa_m_keeley@vanguard.com)" <lisa_m_keeley@vanguard.com>
Date: 06/22/2016 09:22 AM
Subject: [External] Follow Up

Hi Lisa – I left you a voice mail yesterday- sorry I missed you. When you get a minute can you give me a call. Thanks!

Bob

Robert Finney
Regional Sales Manager, FI Solutions, North America
Yodlee, Inc. I 3600 Bridge Parkway I Suite 200 I Redwood Shores, CA I 94065
M: 724.466.3236



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          YODLEE_WESCH_0739905

YODLEE_WESCH_0739903

CONFIDENTIALITY STATEMENT. The information contained in this e-mail message, including attachments, is the confidential information of, and/or is the property of, Vanguard. The information is intended for use solely by the individual or entity named in the message. If you are not an intended recipient or you received this in error, then any review, printing, copying, or distribution of any such information is prohibited, and please notify the sender immediately by reply e-mail and then delete this e-mail from your system.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

YODLEE_WESCH_0739906

YODLEE_WESCH_0739903