FILED

DEC 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DARIUS CLARK; et al.,<br><br>      Plaintiffs - Petitioners,<br><br> v.<br><br>YODLEE, INC., a Delaware corporation,<br><br>      Defendant - Respondent. | No. 24-6183<br><br>D.C. No.<br>20-cv-05991-SK<br>Northern District of California, Oakland<br><br>ORDER |

Before: S.R. THOMAS and TALLMAN, Circuit Judges.

The motion for leave to file a reply in support of the petition (Docket Entry No. 6) is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).