EMILY JOHNSON HENN (SBN 269482)
MEGAN L. RODGERS (SBN 310344)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Email: ehenn@cov.com
Email: mrodgers@cov.com

ZIWEI SONG (SBN 313842)
DANIEL RIOS (SBN 326919)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: ksong@cov.com
Email: drios@cov.com

ERIC C. BOSSET (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Email: ebosset@cov.com

ANDREW LEFF (*pro hac vice*)
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Email: aleff@cov.com

*Attorneys for Defendant Yodlee, Inc.*

Benjamin Steinberg (admitted *pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, 19th Floor
New York, NY 10122
Telephone: (646) 960-8601
Facsimile: (646) 960-8625
benjamin@scl-llp.com

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

*[additional counsel listed on signature block]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN H. COTTRELL, KYLA ROLLIER, and JENNY SZETO, <br><br> Plaintiffs, <br><br> v. <br><br> YODLEE, INC., <br><br> Defendant. | Case No. 3:20-cv-05991-SK <br><br> **JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE TRIAL, FINAL PRETRIAL CONFERENCE, AND ASSOCIATED PRETRIAL DEADLINES** <br><br> Judge: Hon. Sallie Kim <br> Date: March 28, 2025 <br> Time: 1:30 p.m. <br> Courtroom: C, 15th Floor |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John H. Cottrell, Kyla Rollier, and Jenny

2   Szeto, and Defendant Yodlee, Inc., hereby notify the Court that the parties have reached an agreement in

3   principle to settle this case.  The parties are working on finalizing their agreement and will file a stipulation

4   of dismissal after the agreement is fully executed.  The parties also have a follow-up call scheduled with

5   Magistrate Judge Thomas S. Hixson on March 19, 2025, to ensure that the settlement is timely finalized.

6   To avoid an unnecessary waste of the Court and parties' time and resources, and to enable the

7   parties and counsel to focus on finalizing their settlement agreement, the parties hereby stipulate and

8   jointly request that the Court vacate the trial currently set to begin on April 29, 2025; the final pretrial

9   conference currently set for March 28, 2025; and all associated pretrial deadlines (*see* Dkt. No. 98).

11  Respectfully submitted,

13  Dated: February 26, 2025

15  */S/ Christian Levis*
    Christian Levis

16  Christian Levis (*pro hac vice*)
    Margaret MacLean (*pro hac vice*)
17  Amanda Fiorilla (*pro hac vice*)
    Rachel Kesten (*pro hac vice*)
18  **LOWEY DANNENBERG, P.C.**
    44 South Broadway, Suite 1100
19  White Plains, NY 10601
    Telephone: (914) 997-0500
20  clevis@lowey.com
    afiorilla@lowey.com
21
    Benjamin Steinberg (*pro hac vice*)
22  **SHINDER CANTOR LERNER LLP**
    14 Penn Plaza, 19th Floor
23  New York, NY 10122
    Telephone: (646) 960-8601
24  Facsimile: (646) 960-8625
    benjamin@scl-llp.com
25
    Anthony M. Christina (*pro hac vice*)
26  **LOWEY DANNENBERG, P.C.**
    One Tower Bridge
27  100 Front St., Suite 520
    West Conshohocken, PA 19428
28  Telephone: (215) 399-4770

*/S/ Emily Johnson Henn*
Emily Johnson Henn

EMILY JOHNSON HENN (SBN 269482)
MEGAN L. RODGERS (SBN 310344)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Email: ehenn@cov.com
Email: mrodgers@cov.com

ZIWEI SONG (SBN 313842)
DANIEL RIOS (SBN 326919)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: ksong@cov.com
Email: drios@cov.com

ERIC C. BOSSET (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

achristina@lowey.com

Christopher Cormier (*pro hac vice*)
Matthew Strauser (*pro hac vice*)
**BURNS CHAREST LLP**
4724 Wisconsin Avenue, NW Ste. 200
Washington, DC 20016
Telephone: (202) 577-3977
ccormier@burnscharest.com
mstrauser@burnscharest.com

John Emerson (*pro hac vice*)
**EMERSON FIRM, PLLC**
2500 Wilcrest Drive
Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
jemerson@emersonfirm.com

Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
150 Monument Road, Suite 107
Bala Cynwyd, PA 19004
Telephone: (215) 545-7200
kitchenoff@wka-law.com

Michele Carino (*pro hac vice* forthcoming)
**GREENWICH LEGAL ASSOCIATES LLC**
881 Lake Avenue
Greenwich, CT 06831
Telephone: (203) 622-6001
mcarino@grwlegal.com

*Attorneys for Plaintiffs*

Telephone: (202) 662-6000
Email: ebosset@cov.com

ANDREW LEFF (*pro hac vice*)
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Email: aleff@cov.com

*Attorneys for Defendant Yodlee, Inc.*

1

## FILER'S ATTESTATION

2      Pursuant to Civil L.R. 5-1(i)(3), I attest that each of the other signatories have concurred in the

3   filing of the document.

4

5   Dated:  February 26, 2025                    By: _/S/ Emily Johnson Henn_____

6                                                      Emily Johnson Henn

7

8

9

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

11

12  DATED: _____          _____

13                                             Honorable Sallie Kim
                                               United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28