UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS CLARK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>YODLEE, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-05991-SK<br><br>**ORDER ON ADDITIONAL MOTIONS TO SEAL**<br><br>Regarding Docket Nos. 664, 667, 680, 685 |

　　　The Court GRANTS IN PART and DENIES IN PART Plaintiffs' motion to seal at Docket Number 664. The Court GRANTS the motion as to the number of purported class members on pages 2, 6, 7, 8, and 9 but DENIES the motion as to the remainder, including the percentages.

　　　The Court DENIES Plaintiffs' motions to seal at Docket Number 667 and 680.

　　　The Court GRANTS IN PART and DENIES IN PART Plaintiffs' motion to seal at Docket Number 685. The Court GRANTS the motion as to the number of PayPal User accounts and purported class members on pages 10, 12 but DENIES the motion as to the remainder, including the percentages.

　　　By no later than March 12, the parties shall file revised redacted documents in accordance with this Order.

　　　**IT IS SO ORDERED**.

Dated: March 5, 2025



SALLIE KIM
United States Magistrate Judge